RICARDO M. GONZALEZ
Attorney at Law
State Bar No. 98993
101 West Broadway, Suite 1950
San Diego, CA 92101-6036
Tel: (619) 238-9910
FAX: 238-9914

Attorney for Defendant
Mario Ignacio Ochoa-Lopez

**FILED**
MAY 2 2 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> Plaintiff, ) <br> vs. ) <br> MARIO IGNACIO OCHOA-LOPEZ, ) <br> Defendant(s). ) | 08Cr1645 L <br> Case No. 08mj01301 <br> **SUBSTITUTION OF ATTORNEY** |

Defendant, Mario Ignacio Ochoa-Lopez, hereby substitutes RICARDO M. GONZALEZ, 101 West Broadway, Suite 1950, San Diego, CA 92101, telephone (619) 238-9910, as Attorney of Record in place and stead of Kristin Joseph Kraus, telephone no. (619) 234-8467

DATED: 5/13/08

_____
MARIO IGNACIO OCHOA-LOPEZ

I CONSENT TO THE ABOVE SUBSTITUTION.

DATED: 5/15/08

_____
KRISTIN JOSEPH KRAUS

I HEREBY ACCEPT THE ABOVE SUBSTITUTION.

DATED: 5-13-08

_____
RICARDO M. GONZALEZ

**ORDER**

IT IS SO ORDERED.

DATED: 5-22-08

_____
UNITED STATES MAGISTRATE JUDGE