FILED
08 JUN 30 AM 9:05
CLERK, U.S. DISTRICT COURT
BY: _____ DEPUTY

FILED
JUN 24 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**

UNITED STATES OF AMERICA,

           Plaintiff,

vs.

MARIO IGNACIO OCHOA-LOPEZ,

           Defendant.

CASE NO. 08CR1645-L

**JUDGMENT OF DISMISSAL**

    IT APPEARING that the defendant is now entitled to be discharged for the reason that:

**X**  an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

___  the Court has dismissed the case for unnecessary delay; or

___  the Court has granted the motion of the Government for dismissal; or

___  the Court has granted the motion of the defendant for a judgment of acquittal; or

___  a jury has been waived, and the Court has found the defendant not guilty; or

___  the jury has returned its verdict, finding the defendant not guilty;

___  of the offense(s) of:

    IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

DATED: JUNE 20, 2008

NITA L. STORMES
UNITED STATES MAGISTRATE JUDGE

I have executed within Judgment of dismissal ENTERED ON _____
Judgment and Commitment on 6/25/8

United States Marshal
By: _____
USMS Criminal Section